**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 13, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 24-1726 Greg Hale, et al v. ARcare, Inc

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was Matthew Sidney Freedus, of Washington, DC. The following attorney(s) also appeared on the appellant brief; Gary D. Marts, Jr., of Little Rock, AR., Scott A. Irby, of Little Rock, AR., Rosie Dawn Griffin, of Washington, DC.

Counsel who presented argument on behalf of the appellee was Christopher Paul Renz, of Minneapolis, MN. The following attorney(s) also appeared on the appellee brief; Christopher Paul Renz, of Minneapolis, MN., Bryan L. Bleichner, of Minneapolis, MN., Jean Sutton Martin, of Tampa, FL., Kenya J. Reddy, of Tampa, FL.

Counsel who presented argument on behalf of the United States of America amicus brief in support of the appellees was Kevin J. Kennedy, of Seattle, WA. The following attorney(s) also appeared on the amicus brief; Mark B. Stern, of Washington, DC., Dana Kaersvang, of Washington, DC.

The judge who heard the case in the district court was Honorable Brian S. Miller.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

JES

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 3:22-cv-00117-BSM