# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 09, 2024

Matthew Sidney Freedus
FELDESMAN TUCKER LEIFER FIDELL LLP
4th Floor
1129 20th Street, N.W.
Washington, DC  20036-0000

RE:  24-1726  Greg Hale, et al v. ARcare, Inc

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $605 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office

Stephanie N. O'Banion  
Acting Clerk of Court

RDB

Enclosure(s)

cc:    Bryan L. Bleichner  
      Francesca Kester Burne  
      Clerk, U.S. District Court, Eastern District of Arkansas  
      Shawn Bradley Daniels  
      William B. Federman  
      Valarie Flora  
      Joseph D. Gates  
      Scott A. Irby  
      Christopher Duran Jennings  
      Alexander T. Jones  
      Andrea L. Kleinhenz  
      Gary M. Klinger  
      Philip Joseph Krzeski  
      Joseph M. Lyon  
      Jean Sutton Martin  
      Gary D. Marts Jr.  
      Gary Edward Mason  
      Anthony L. Parkhill  
      Nathan Irving Reiter III  
      Josh Sanford

District Court/Agency Case Number(s): 3:22-cv-00117-BSM

**Caption For Case Number:  24-1726**

Greg Hale, on behalf of himself and all others similarly situated; Melissa Johnson, Individually and on Behalf of All Others Similarly Situated; Alicia Gilmore, on Behalf of Herself and All Others Similarly Situated; Michael Whitkanack, on Behalf of Himself and All Others Similarly Situated; Jessica White, on Behalf of Herself and All Others Similarly Situated; Jacquita Engles, on behalf of herself, and as parent and guarding of minor Marshall Engles and Ana Molina, individually and on behalf of all others similarly situated; Jeffery Engles, on behalf of himself, and as parent and guardian of minor Marshall Engles and Ana Molina, individually, and on behalf of all others similarly situated

    Plaintiffs - Appellees

v.

ARcare, Inc, originally named as ARcare

    Defendant - Appellant

**Addresses For Case Participants:   24-1726**

Matthew Sidney Freedus
FELDESMAN TUCKER LEIFER FIDELL LLP
4th Floor
1129 20th Street, N.W.
Washington, DC  20036-0000

Bryan L. Bleichner
CHESTNUT & CAMBRONNE
Suite 1700
100 Washington Avenue, S.
Minneapolis, MN  55401

Francesca Kester Burne
MORGAN & MORGAN
7th Floor
201 N. Franklin Street
Tampa, FL  33602

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
615 S. Main
Jonesboro, AR  72401-0000

Shawn Bradley Daniels
DANIELS LAW FIRM
129 W. Sunbridge Drive
Fayetteville, AR  72703

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120-0000

Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Joseph D. Gates
GATES LAW FIRM
Suite 105
2725 Cantrell Road
Little Rock, AR  72202

Scott A. Irby
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Christopher Duran Jennings
JENNINGS, PLLC.
P.O. Box 25972
Little Rock, AR  72221

Alexander T. Jones
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Andrea L. Kleinhenz
WRIGHT & LINDSEY
Suite 510
3333 Pinnacle Hills Parkway
Rogers, AR  72758-8960

Gary M. Klinger
MILBERG & COLEMAN
Suite 2100
227 W. Monroe Street
Chicago, IL  60606

Philip Joseph Krzeski
CHESTNUT & CAMBRONNE
Suite 1700
100 Washington Avenue, S.
Minneapolis, MN  55401

Joseph M. Lyon
LYON LAW FIRM
2754 Erie Avenue
Cincinnati, OH  45208

Jean Sutton Martin
MORGAN & MORGAN
7th Floor
201 N. Franklin Street
Tampa, FL  33602

Gary D. Marts Jr.
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Gary Edward Mason
MASON, LLP
Suite 640
5335 Wisiconsin Avenue, N.W.
Washington, DC  20015

Anthony L. Parkhill
BARNOW & ASSOCIATES
205 W. Randolph Street
Chicago, IL  60606

Nathan Irving Reiter III
JOHNSON LAW FIRM
Suite 300
610 President Clinton Avenue
Little Rock, AR  72201

Josh Sanford
SANFORD LAW FIRM
Kirkpatrick Plaza, Suite 510
10800 Financial Centre Parkway
Little Rock, AR  72211