# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| GREG HALE, on behalf of himself and all others similarly situated, | ) ) ) Appeal Case No. 24-1726 |
| *Plaintiff-Appellee* | ) ) ) On Appeal from the U.S. District |
| v. | ) Court, Eastern District of Arkansas ) |
| ARCARE, INC. | ) District Court Case No.: 3:22-cv-00117 ) |
| *Defendant-Appellant.* | ) ) ) |

## APPELLANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eighth Circuit Circuit Rule 26.1.A., Appellant ARCare, Inc. ("ARCare") hereby states that it is a nonprofit, tax-exempt organization under section 501(c)(3) of the Internal Revenue Code. ARCare has no parent corporation and issues no stock; accordingly, no publicly held company owns 10 percent or more of its stock.

Dated: April 16, 2024        Respectfully submitted,

By: *s/ Gary D. Marts, Jr.*

Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Phone: (501) 371-0808
Fax: (501) 376-9442
gmarts@wlj.com

*Counsel for Defendant-Appellant ARCare, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2024, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/ Gary D. Marts, Jr.*
                                                Gary D. Marts, Jr.