IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| GREG HALE, on behalf of himself and all others similarly situated, | ) ) ) ) Case No. 24-1726 |
| *Plaintiff-Appellee* | ) ) |
| v. | ) On Appeal from the U.S. District ) Court, Eastern District of ) Arkansas |
| ARCARE, INC. | ) ) ) District Court Case No. 22-cv- |
| *Defendant-Appellant.* | ) 00117 |

## APPELLANT'S NOTICE OF ORDER OF TRANSCRIPT

Pursuant to Fed. R. App. P. 10(b), Appellant ARcare, Inc. hereby certifies that it ordered and has received a copy of the transcript of proceedings held on January 25, 2024 before the Honorable Brian S. Miller. The transcript forms part of the District Court record (ECF No. 37).

Dated: April 18, 2024           Respectfully submitted,

By: *s/ Matthew Sidney Freedus*

**FELDESMAN LEIFER LLP**
Matthew Sidney Freedus
Rosie Dawn Griffin
1129 20th Street NW, Suite 400
Washington, DC 20036
202.466.8960

Gary D. Marts, Jr.
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

501.371.0808
gmarts@wlj.com

*Counsel for Defendant-Appellants ARcare, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Matthew Sidney Freedus*
Matthew Sidney Freedus