**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| GREG HALE, *et al.* | ) | |
| | ) | |
| *Plaintiff-Appellee* | ) | Case No. 24-1726 |
| | ) | |
| v. | ) | On Appeal from the U.S. District |
| | ) | Court, Eastern District of |
| ARCARE, INC. | ) | Arkansas |
| | ) | |
| *Defendant-Appellant* | ) | District Court Case No. 22-cv- |
| | ) | 00117 |

## APPELLANT'S NOTICE OF ELECTION TO FILE SEPARATE APPENDIX

In accordance with the Court's April 9, 2024 Order, Appellant ARCare, Inc.

notified opposing counsel by email on April 18, 2024 of its intent to file a separate

appendix with its brief, pursuant to Eighth Circuit Local Rule 30A(b)(3), thus

dispensing with the process of designation and counter-designation set forth in Fed.

R. App. P. 30.

Dated: April 18, 2024          Respectfully submitted,

By: *s/ Matthew Sidney Freedus*

**FELDESMAN LEIFER LLP**
Matthew Sidney Freedus
Rosie Dawn Griffin
1129 20th Street NW, Suite 400
Washington, DC 20036
202.466.8960

Gary D. Marts, Jr.
**WRIGHT, LINDSEY & JENNINGS LLP**

200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Phone: (501) 371-0808
Fax: (501) 376-9442
gmarts@wlj.com

*Counsel for Defendant-Appellant ARCare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Matthew Sidney Freedus*
Matthew Sidney Freedus

Appellate Case: 24-1726    Page: 2    Date Filed: 04/18/2024 Entry ID: 5384968