# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Greg Hale, et al. vs. ARcare, Inc.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1726 **for the following party(s): (please specify)**

ARcare, Inc.

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Matthew Sidney Freedus s/: Matthew Sidney Freedus

Firm Name: Feldesman Leifer LLP

Business Address: 1129 20th Street, NW, Suite 400

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): 202.466.8960

Email Address: mfreedus@feldesman.com

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on 4/18/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: