# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| GREG HALE, *et al.* | ) |
| | ) |
| *Plaintiff-Appellee* | ) Case No. 24-1726 |
| | ) |
| v. | ) On Appeal from the U.S. District |
| | ) Court, Eastern District of |
| ARCARE, INC. | ) Arkansas |
| | ) |
| *Defendant-Appellant* | ) District Court Case No. 22-cv- |
| | ) 00117 |

## APPELLANT'S DESIGNATION AND STATEMENT OF ISSUES

Appellant ARcare, Inc. designates the entire record of proceedings before the district court as the record on appeal. Because Appellant designated the entire record and ordered the entire transcript of proceedings below, a statement of issues is not required by Fed. R. App. P. 10(b)(3).

Dated: April 23, 2024          Respectfully submitted,

By: *s/ Matthew Sidney Freedus*

**FELDESMAN LEIFER LLP**
Matthew Sidney Freedus
Rosie Dawn Griffin
1129 20th Street NW, Suite 400
Washington, DC 20036
202.466.8960

Gary D. Marts, Jr.
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

501.371.0808
gmarts@wlj.com

*Counsel for Defendant-Appellant ARcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Matthew Sidney Freedus*
Matthew Sidney Freedus