# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| GREG HALE, *et al.* | ) | |
| | ) | |
| *Plaintiff-Appellee* | ) | Case No. 24-1726 |
| | ) | |
| v. | ) | On Appeal from the U.S. District |
| | ) | Court, Eastern District of |
| ARCARE, INC. | ) | Arkansas |
| | ) | |
| *Defendant-Appellant* | ) | District Court Case No. 22-cv- |
| | ) | 00117 |

## **APPELLANT'S MOTION FOR 45-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Fed. R. App. P. 26 and 27 and Eighth Circuit Rule 27A, Appellant ARcare, Inc. ("ARcare") respectfully moves for a forty-five day extension of time in which to file its opening brief and appendix, to and including July 15, 2024. The requested extension is necessary due to undersigned counsel's significant and ongoing commitments in other active federal litigation efforts in various district and appellate courts. In the coming weeks, among other commitments, counsel is responsible for: a petition for rehearing and rehearing *en banc* due May 13, 2024 in *Ford v. Sandhills Med. Found., Inc.*, No. 22-2268 (4th Cir.); a May 28, 2024 argument on a dispositive motion in *Bradford v. Asian Health Services, et al.*, No. 24-cv-01060 (N.D. Cal.); summary judgment briefing due May 29, 2024 in *Arizona All. for Cmty. Health Centers v. Arizona Health Care Cost Containment Sys.*, No. 19-cv-00517 (D. Ariz.); and a June 6, 2024 oral argument in *Doe v. Centerville*

*Clinics, Inc.*, No. 23-2738 (3d Cir.). ARcare's counsel has also committed to speaking engagements in California on June 17 and 18, 2024, which will require cross country travel.

Counsel for Appellees indicated Appellees' opposition to the motion and proposed instead a twenty-one day extension (to an including June 19, 2024), conditioned on a reciprocal twenty-one day extension for Appellees' response brief. Having arrived at an impasse, undersigned counsel respectfully moves the Court for the requested relief. For the reasons provided above, a forty-five-day extension as necessary to allow undersigned counsel adequate time to prepare the opening brief and appendix.

Dated: May 7, 2024                    Respectfully submitted,

By: *s/ Matthew Sidney Freedus*

**FELDESMAN LEIFER LLP**
Matthew Sidney Freedus
Rosie Dawn Griffin
1129 20th Street NW, Suite 400
Washington, DC 20036
202.466.8960

Gary D. Marts, Jr.
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
501.371.0808
gmarts@wlj.com

*Counsel for Defendant-Appellant ARcare, Inc.*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 257 words, according to the count of Microsoft Word.

*s/ Matthew Sidney Freedus*
Matthew Sidney Freedus

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Matthew Sidney Freedus*
Matthew Sidney Freedus