# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-1726

Greg Hale, on behalf of himself and all others similarly situated, et al.

Appellees

v.

ARcare, Inc, originally named as ARcare

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted in part. Appellant may have until June 28, 2024 to file the brief.

May 08, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Stephanie N. O'Banion