# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Greg Hale, et al. vs. ARcare, Inc.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1726 **for the following party(s): (please specify)**

Greg Hale, Melissa Johnson, Alicia Gilmore, Michael Whitkanack, Jessica White, Jacquita Engles, for herself and as parent and guardian of minors Marshall Engles and Ana Molina, and Jeffrey Engles, for himself and as parent and guardian of minors Marshall Engles and Ana Molina, individually, and on behalf of all others similarly

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jean S. Martin   s/: Jean S. Martin

Firm Name: Morgan & Morgan Complex Litigation Group

Business Address: 201 N. Franklin Street, 7th Floor

City/State/Zip: Tampa, Florida 33602

Telephone Number (Area Code): (813) 559-4908

Email Address: jeanmartin@forthepeople.com

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 8/19/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: