# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**GREG HALE, et al.**                                                      **APPELLEES**

v.                                            NO. 24-1726

**ARCARE, INC.**                                                           **APPELLANT**

## MOTION TO WITHDRAW

Alexander T. Jones, formerly of Wright, Lindsey & Jennings LLP, moves to withdraw as counsel for appellant ARCare, Inc. in this action. In support of his motion, the undersigned states:

1. The undersigned left the law firm of Wright, Lindsey & Jennings LLP, effective August 15, 2024.

2. Appellee Louise Arnold will continue to be represented by other record counsel, including Scott A. Irby and Gary D. Marts, Jr. of Wright, Lindsey & Jennings LLP.

3. Accordingly, this withdrawal would not prejudice any party in this case.

WHEREFORE, Alexander T. Jones requests that the Court grant his motion to withdraw as counsel for Appellee Louise Arnold which will continue to be represented by Wright, Lindsey & Jennings LLP.

Alexander T. Jones (AR 2015246)
KUTAK ROCK LLP
124 W. Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
(501) 975-3000 (Telephone)
(501) 975-3001 (Fascimile)
E-MAIL:   alex.jones@kutakrock.com

*Attorney for ARCare, Inc.*

2

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit requirements of Fed, R. App. P. 27(d)(2)(A), because, exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 118 words. This certificate was prepared in reliance on the word count of the word processing system (Microsoft Word) used to prepare this motion.

2. This document complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because the document has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Century Schoolbook.

3. The undersigned further certifies that the electronic version of this motion has been scanned for viruses and is virus-free.

*/s/ Alexander T. Jones*

# **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing Motion to Withdraw with the Eighth Circuit Court of Appeals via the CM/ECF system on this 21st day of August, 2024, which shall cause copies of the same to be served on all counsel of record:

*/s/ Alexander T. Jones*