No: 24-1726

Greg Hale, on behalf of himself and all others similarly situated, et al.

Appellees

v.

ARcare, Inc, originally named as ARcare

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)

---

**ORDER**

The motion to withdraw as counsel filed by Alexander T. Jones is granted. Alexander T. Jones for Arcare, Inc. has been granted leave to withdraw from this case.

August 21, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik