_____

No. 24-1726
_____

Greg Hale, on behalf of himself and all others similarly situated; Melissa Johnson, Individually and on Behalf of All Others Similarly Situated; Alicia Gilmore, on Behalf of Herself and All Others Similarly Situated; Michael Whitkanack, on Behalf of Himself and All Others Similarly Situated; Jessica White, on Behalf of Herself and All Others Similarly Situated; Jacquita Engles, on behalf of herself, and as parent and guarding of minor Marshall Engles and Ana Molina, individually and on behalf of all others similarly situated; Jeffery Engles, on behalf of himself, and as parent and guardian of minor Marshall Engles and Ana Molina, individually, and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

ARcare, Inc, originally named as ARcare

Defendant - Appellant

------------------------------

United States of America

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)
_____

**JUDGMENT**

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 13, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler