# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-1726

Greg Hale, on behalf of himself and all others similarly situated, et al.

Appellees

v.

ARcare, Inc, originally named as ARcare

Appellant

------------------------------

United States of America

Amicus on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)
___

**ORDER**

The motion of appellant for an extension of time until March 30, 2026, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

The motion for clarification is denied as moot.

February 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler