**No. 24-1726**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

GREG HALE, et al.,

*Plaintiffs-Appellees,*

v.

ARCARE, INC.,

*Defendant-Appellant.*

*On Appeal from the United States District Court*
*For the Eastern District of Arkansas, No. 2:22-cv-00117*
*Hon. Brian S. Miller*

## APPELLANT ARCARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO PETITION FOR REHEARING AND REHEARING EN BANC

Matthew S. Freedus
Rosie Dawn Griffin
Powers Pyles Sutter & Verville PC
1250 Connecticut Avenue NW, 8th Floor
Washington, DC 20036
Tel: 202.466.6550
matthew.freedus@powerslaw.com
rosie.griffin@powerslaw.com

*Attorneys for Defendant-Appellant ARcare, Inc.*

Defendant-Appellant ARcare, Inc. ("ARcare") respectfully requests a two-week extension of its current March 30, 2026 deadline to petition for rehearing of this Court's February 13, 2026 opinion and judgment. If approved, ARcare's petition would be due by April 13, 2026. This is ARcare's second extension request. Undersigned counsel is authorized to state that Plaintiffs-Appellees consent to the requested relief. There is good cause for the requested extension.

1.     On February 13, 2026, this Court entered its opinion and judgment affirming the district court's denial of ARcare's motion to substitute the United States as defendant under the Federal Tort Claims Act, based on the conclusion that the claims at issue did not arise from "medical . . . or related functions" within the meaning of 42 U.S.C. § 233(a).

2.     On February 27, 2026, this Court granted ARcare's consent motion to extend its initial deadline to seek rehearing, to and including March 30, 2026. The extension afforded ARcare's non-profit, community-based board of directors, (a requirement of 42 U.S.C. § 254b(k)(3)(H)), the opportunity to carefully consider whether to pursue a petition for rehearing. After exercising its due diligence, the board, on March 18, 2026, advised undersigned counsel of its decision to seek rehearing.

3.     The two-week extension is necessary to accommodate undersigned counsels' existing obligations in other litigation, which—since March 18, 2026—

1

has included a reply brief on a dispositive issue filed that same day in *Cole v. Pure Births*, 25-cv-10332 (C.D. Cal.), and will include a consolidated Ninth Circuit reply brief due March 30, 2026 in *Gerson v. Petaluma Health Center, Inc.*, No. 25-4090 (9th Cir.), and *Johnson v. Petaluma Health Center, Inc.*, No. 25-4088 (9th Cir.); a fee petition due March 26, 2026 relating to more than six years of litigation in *Ariz. Alliance for Community Health Ctrs. v. Ariz. Health Care Cost Containment System*, No 19-cv-00517; as well as cross-country travel for a dispositive motions hearing on April 8, 2026 in *Cole, et al. v. Pure Births, et al.*, No. 25-cv-10332 (C.D. Cal.).

4.      The extension is further warranted because the correct interpretation of the relevant statute—an issue of first impression in this Circuit—is of national importance to the community health center program in which ARcare participates. 42 U.S.C. § 254b; s*ee generally* KFF, *Community Health Center Patients, Financing, and Services* (Feb. 4, 2026), https://www.kff.org/medicaid/community-health-center-patientsfinancing-and-services.

5.      A two-week extension will not significantly delay this matter and will allow undersigned counsel to resolve its competing obligations and fully address the important issues here.

6.      For the foregoing reasons, ARcare respectfully requests that its deadline to petition for panel rehearing and rehearing *en banc* be extended to and including April 13, 2026.

Appellate Case: 24-1726     Page: 3     Date Filed: 03/24/2026 Entry ID: 5621697

Dated: March 24, 2026

Respectfully submitted,

*s/ Matthew S. Freedus*
Matthew S. Freedus
Rosie Dawn Griffin
Powers Pyles Sutter & Verville PC
1250 Connecticut Avenue NW, 8th Floor
Washington, DC 20036
Tel: 202.466.6550
matthew.freedus@powerslaw.com
rosie.griffin@powerslaw.com

*Attorneys for Defendant-Appellant*
*ARcare, Inc.*

3

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type volume and typeface limitations of Fed. R. App. P. 27. The motion has 444 words and was prepared using Times New Roman, 14-point font. The brief was scanned for viruses and, to the best of our ability and technology, I believe it is virus-free.

*s/ Matthew S. Freedus*
Matthew S. Freedus

**CERTIFICATE OF SERVICE**

I certify on March 24, 2026, I electronically filed the foregoing brief with the Eighth Circuit Court of Appeals via the CM/ECF electronic filing system.

*s/ Matthew S. Freedus*
Matthew S. Freedus

Appellate Case: 24-1726    Page: 5    Date Filed: 03/24/2026 Entry ID: 5621697