# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-1726

Greg Hale, on behalf of himself and all others similarly situated, et al.

Appellees

v.

ARcare, Inc, originally named as ARcare

Appellant

------------------------------

United States of America

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)

---

## ORDER

The motion of appellant for an extension of time until April 13, 2026, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

March 26, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler