# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-1726

Greg Hale, on behalf of himself and all others similarly situated, et al.

Appellees

v.

ARcare, Inc, originally named as ARcare

Appellant

------------------------------

United States of America

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

May 06, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler