# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 24-1726

Greg Hale, on behalf of himself and all others similarly situated, et al.

Appellees

v.

ARcare, Inc, originally named as ARcare

Appellant

------------------------------

United States of America

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00117-BSM)

---

## MANDATE

In accordance with the opinion and judgment of February 13, 2026, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

May 13, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit